**Shawn A. COLLINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66773.**

Missouri Court of Appeals,
Western District.

June 12, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2007.

Application for Transfer Denied
Sept. 25, 2007.

Kent E. Gipson, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Shawn Collins appeals the denial, following an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief in which he raised claims of ineffective assistance of trial counsel. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).